**Opinion issued February 13, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-14-00049-CV

————————————

**BRODERICK JACKSON AND ROMONA JACKSON, Appellants**

**V.**

**STATE FARM LLOYDS, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-72227**

---

**MEMORANDUM OPINION**

The parties, representing that they have reached a settlement in this matter, have filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See id.*

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.